\* \* \* In this case, the stipulated facts, coupled with the samples in evidence (illustrative exhibits 1, 2, 3, and 4, *supra*), comprising the record before us, establish that the merchandise consists of strings of beads, permanently strung and used in their imported lengths, and that at no time is this merchandise advanced, in any way, to become more than strings of beads.

Counsel for defendant, in his memorandum to support the motion for rehearing, calls attention to the case of *Fred Leighton doing business as Fred Leighton Mexican Imports* v. *United States*, 17 Cust. Ct. 197, Abstract 51354, which was not heretofore mentioned, either in the briefs submitted on behalf of the respective parties or in the decision. That case, however, contains nothing to cause us to depart from our previous decision. That case, like the cases of *United States* v. *Murphy & Co.*, 15 Ct. Cust. Appls. 266, T. D. 42464, and *Theo. L. Stern & Co. (Inc.)* v. *United States*, 20 C. C. P. A. (Customs) 423, T. D. 46260, discussed in the decision, Abstract 60115, *supra*, involved necklaces, composed of beads, and the reasons set forth in the decision for distinguishing the *Murphy & Co.* and *Theo. L. Stern & Co. (Inc.)* cases, have equal application to the *Fred Leighton* case, *supra*.

The motion for rehearing is denied. It is so ordered.

OCTOBER 1, 1956

**No. 60273.**—SUIT 4852.—Sandoz Chemical Works, Inc. *v.* United States.—

C. D. 1702. (Appeal dismissed July 1, 1955, to correct assignment of errors. See Abstract 60274 below, relating to suit 4855, which was substituted for suit 4852.)

**No. 60274.**—SUIT 4855.—Sandoz Chemical Works, Inc. *v.* United States.—

C. D. 1702 affirmed June 20, 1956. C. A. D. 623.

OCTOBER 2, 1956

**No. 60275.**—SUIT 4849.—United States *v.* J. Eisenberg, Inc.—

Abstract 59106 reversed April 18, 1956. C. A. D. 616.

OCTOBER 3, 1956

**No. 60276.**—SUIT 4841.—S. J. Charia & Co. *v.* United States.—

C. D. 1642 affirmed June 21, 1956. C. A. D. 622.

OCTOBER 4, 1956

**No. 60277.**—SUIT 4860.—Dunlap, Alpers & Mott et al. *v.* United States.—A. R. D. 63 affirmed June 20, 1956. C. A. D. 624.

BEFORE THE FIRST DIVISION, OCTOBER 11, 1956

**No. 60278.**—Bond Manufacturing Co. and Wheeler & Miller *v.* United States, protest 237283–K (San Francisco).

MOLLISON, Judge: The merchandise the subject of this protest is described on the invoice as "bamboo strippings" and was assessed with duty at the rate